NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

JEROME A. MAHER AND JOHN R. GRAVEE,
*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Appellee,*

2010-5130

Appeal from the United States Court of Federal Claims in case no. 08-CV-012, Senior Judge John P. Wiese.

## ON MOTION

## ORDER

Jerome A. Maher and John R. Gravee move without opposition for leave to adopt the appellee's supplemental appendix, accept the appellants' non-conforming reply brief, and substitute the amended Federal Circuit Rule 32 Certificate of Compliance.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL 18 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  John O. Tuohy, Esq.
     Vincent D. Phillips, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 18 2011

JAN HORBALY
CLERK